

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00270-CV

JAMES S. AGOSTINI, JEANINE A.
BODIE, PATRICK P. BURGESS, S.
STANLEY HILL, ROBERT S.
PASCHAL, III, JEB S. ZOLLER,
STEPHEN E. SIMMONS AND
BRADFORD J. WILSON

APPELLANTS

V.

FIRST COMMAND FINANCIAL
SERVICES, INC., AND FIRST
COMMAND FINANCIAL PLANNING,
INC.

APPELLEES

------------

### FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellants' motion to dismiss appeal.  It is the court's

opinion that the motion should be granted; therefore, we dismiss the appeal.  *See*

Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellants, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  September 6, 2012